IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIE MORENO, JR.,<br><br>    Petitioner,<br><br>vs.<br><br>SCOTT KERNAN, Warden,<br><br>    Respondent. | No. 2:04-cv-00289-JKS-DAD<br><br>JUDGMENT |

  The Court having entered its Order of even date herewith adopting the Findings and Recommendations of the Magistrate Judge disposing of all issues presented by the petition,

  **IT IS ORDERED, ADJUDGED AND DECREED THAT** the Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus is **GRANTED**.

  **IT IS FURTHER ORDERED THAT**, unless the State of California retries Petitioner Louie Moreno, Jr. within a reasonable time consistent with California's speedy trial requirements after the judgment in this case becomes final upon direct review, Petitioner must be released from custody.

  Dated: January 16, 2008

                        s/ James K. Singleton, Jr.
                        JAMES K. SINGLETON, JR.
                        United States District Judge