IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LOUIE MORENO, JR.,

      Petitioner,                      No. CIV S-04-0289 JKS DAD P

   vs.

SCOTT KERNAN, Warden,

      Respondent.                  <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner's application was granted by order dated January 16, 2008, and this action was closed on that date. On March 4, 2009, petitioner wrote a letter to the court in which he requested advice in connection with what appear to be retrial proceedings in state court. Petitioner is advised that this court cannot provide him legal advice. Any further documents filed by petitioner after the closing date will be disregarded and no orders will issue in response to future filings.

/////

/////

/////

/////

Accordingly, IT IS HEREBY ORDERED that petitioner's March 4, 2009 request for legal advice is denied.

DATED: March 9, 2009.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8
more0289.158